## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:   Tarnjeet Sahota

**Debtor(s)**

Case No.: 17−35963

Chapter:  7

ENTERED
01/23/2018

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Rodney D Tow is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 1/23/18

MARVIN ISGUR
United States Bankruptcy Judge